cause, dated January 6, 1961, is continued pending the hearing and determination of the appeals. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES JAMES MANNING, JR., v. HARRY SILBERGLITT, as Warden of the City Prison, Borough of Manhattan.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1961, with notice of argument for February 14, 1961, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

MARY McA. GOBLE v. GENE W. GOBLE.— Motion for a stay granted to the extent of staying prospectively the third decretal paragraph of the order of the Supreme Court, New York County, entered on January 3, 1961, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1961, with notice of argument for February 14, 1961, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

In the Matter of RICHARD ANOUSHIAN, as Administrator of the Estate of KARNIG ANOUSHIAN, Deceased, v. VARTAN ANOUSHIAN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 31, 1961, with notice of argument for the March 1961 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the condition imposed, the respondent may enter an order dismissing the appeal without notice to the appellant. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

AUGUST ZAULICH v. THOMPKINS SQUARE HOLDING CO., INC.— Motion for a stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

ELI LILLY AND COMPANY v. WALK-UP, INC.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1961, with notice of argument for February 14, 1961, said appeal to be argued or submitted when reached. The conditional stay contained in the order to show cause, dated January 6, 1961, is continued pending the hearing and determination of the appeal. In the meantime, all pretrial and trial proceedings are to proceed expeditiously. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

## (January 26, 1961)

VICTOR SEROFF v. SIMON & SCHUSTER, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

ROBERT C. PERCY v. MARY J. PERCY, Also Known as MARY J. BULCK, et al.— Motion for leave to appeal to the Court of Appeals denied on the merits, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

In the Matter of the Accounting of ROYLE R. HARRISON, Now Deceased, et al., as Trustees of the Trusts Created by the Will of AUGUSTUS S. HUTCHINS, Deceased. DAVID WOLCOTT, Appellant; WALDO HUTCHINS, JR., as Surviving Trustee, et al., Respondents.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.